# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JUNEAL PRATT,** | ) | **CASE NO. 8:09CV223** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **STATE OF NEBRASKA, ROBERT HOUSTON, and DEPARTMENT OF CORRECTIONS,** | ) ) ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis. (Filing No. 5.) Because the filing fee has already been paid in this case, Petitioner's motion is denied as moot.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in forma pauperis (Filing No. 5) is denied as moot.

Dated this 1st day of September, 2009.

                                                BY THE COURT:

                                                s/Laurie Smith Camp
                                                United States District Judge